**Kathleen E. TOPPER, Executrix of the Estate of Hayden Topper, Deceased, and on her own behalf as his Widow, Petitioner**

v.

**MAPLE CREEK INN, INC., a Pennsylvania Corporation, and the Borough of Turtle Creek, Respondents**

No. 106 WAL 2017

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW,** this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Frank CASIANO, Petitioner**

No. 211 EAL 2017

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW,** this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**